Kimberly A. Smith, SBN 176659
ksmith@f3law.com
Mary E. Keaney, SBN 278341
mkeaney@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendant Contra Costa County
Office of Education

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CICI C. EDUCATIONAL RIGHTS HOLDER ON BEHALF OF W.B., STUDENT,<br><br>Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY OFFICE OF EDUCATION, a Public Entity,<br><br>Defendant. | CASE NO. C 14-0243 JSC<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATION TO RELATE CASE AND TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE MARIA-ELENA JAMES<br><br>*Filed Concurrently with Stipulation to Relate Case and to Proceed Before United States Magistrate Judge Maria-Elena James* |

Pursuant to the Stipulation to Relate Case and to Proceed Before United States Magistrate Judge Maria-Elena James, **IT IS HEREBY ORDERED** that:

1. That this case be related to *Barbara C. v. Contra Costa County Office of Education*, United States District Court Case No. C14-0244 MEJ; and *Gail F. v. Contra Costa County Office of Education*, United States District Court Case No. C14-0245 MEJ.

2. This matter be assigned and transferred to United States Magistrate Judge Maria-Elena James for all further proceedings.

**IT IS SO ORDERED.**

Dated: March 4, 2014

_____
The Honorable Jaqueline Scott Corley
Judge of the United States District Court for the Northern District of California

00290-00107/569523.1

1   C 14-0243 JSC

[P~~ROPOSED~~] ORDER GRANTING PARTIES' STIPULATION TO RELATE CASE AND TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE MARIA-ELENA JAMES