UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CICI C., <br>     Plaintiff, <br>   v. <br> CONTRA COSTA COUNTY OFFICE OF EDUCATION, <br>     Defendant. | Case No. 14-cv-00243-MEJ <br><br> **ORDER OF CONDITIONAL DISMISSAL** |
| BARBARA C., <br>     Plaintiff, <br>   v. <br> CONTRA COSTA COUNTY OFFICE OF EDUCATION, <br>     Defendant. | Case No. 14-cv-00244-MEJ |
| GAIL F., <br>     Plaintiff, <br>   v. <br> CONTRA COSTA COUNTY OFFICE OF EDUCATION, <br>     Defendant. | Case No. 14-cv-00245-MEJ |

On June 4, 2014, the parties in these related cases participated in a mediation, at which time the cases settled in full. Accordingly, **IT IS HEREBY ORDERED** that these cases are dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **90** days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: June 9, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge